Mario BALLARD, Plaintiff–Appellant,

v.

Page TRUE, Defendant–Appellee.

No. 01–6316.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 29, 2001.

Mario Ballard, pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Mario Ballard seeks to appeal the district court's order dismissing without prejudice under 28 U.S.C.A. § 1915(A)(b)(*l*) (West Supp.2000) Ballard's action filed under 42 U.S.C.A. § 1983 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Ballard v. True,* No. CA–00–975–7 (W.D.Va. Jan. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*